**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.**,<br><br>     Plaintiff,<br><br>     vs.<br><br>**CUONG THE DIEP, individually, and D/B/A LANG THANG**<br><br>     Defendant(s). | Case No.: 11-CV-05470 YGR<br><br>**FINAL DEFAULT JUDGMENT** |

  The Court granted Plaintiff's Motion for Entry of Default Judgment.  Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of Plaintiff J & J Sports Productions, Inc. and against Defendant Cuong The Diep, individually and d/b/a Lang Thang, on Counts II and III of the Complaint for violation of 47 U.S.C. § 553 and conversion in the amount of **$9,400.00**, consisting of $2,200.00 in statutory damages, $5,000.00 in enhanced damages, and $2,200.00 for conversion damages.

  Counts I and IV of the Complaint for violations of 47 U.S.C. § 605 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED.**

Date: November 14, 2012

                  _____
                   **YVONNE GONZALEZ ROGERS**
                   **UNITED STATES DISTRICT COURT JUDGE**