United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | **Case No.: 11-CV-05470 YGR** |
| **Plaintiff,** | **FINAL DEFAULT JUDGMENT** |
| vs. | |
| **CUONG THE DIEP, individually, and D/B/A LANG THANG** | |
| **Defendant(s).** | |

The Court granted Plaintiff's Motion for Entry of Default Judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of Plaintiff J & J Sports Productions, Inc. and against Defendant Cuong The Diep, individually and d/b/a Lang Thang, on Counts II and III of the Complaint for violation of 47 U.S.C. § 553 and conversion in the amount of **$9,400.00**, consisting of $2,200.00 in statutory damages, $5,000.00 in enhanced damages, and $2,200.00 for conversion damages.

Counts I and IV of the Complaint for violations of 47 U.S.C. § 605 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: November 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**